IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **EDWARD HALL, et al.,** | § | |
| | § | |
| Plaintiffs, | § | |
| | § | Civil Action No. 3:10-MC-58-M |
| v. | § | Civil Action No. 3:10-MC-60-L |
| | § | |
| **EL DORADO CHEMICAL COMPANY,** | § | |
| | § | |
| Defendant. | § | |

## ORDER

Pursuant to the orders dated April 9, 2010 and April 13, 2010, before the Court for determination are *Plaintiff's Motion to Compel Discovery on Pilot Catastrophe Services, Inc.,* filed April 8, 2010, in No. 3:10-MC-58-M, and *Defendant El Dorado Chemical Company's Motion to Quash or Modify Subpoenas to Pilot Catastrophe Services, Inc.,* filed April 12, 2010 in No. 3:10-MC-60-L.  Because both actions concern the same subpoena, they were consolidated by order dated April 14, 2010.

The Court conducted a hearing on the record concerning these motions on April 16, 2010. All parties appeared through counsel.  After consideration of the relevant filings, evidence, oral argument, and applicable law, and for the reasons stated on the record during the hearing, the motions are **GRANTED** in part, and **DENIED** in part, as follows:

1. For each person that filed a claim arising from the fire at Defendant's facility in Bryan, Texas, on July 30, 2009, Pilot Catastrophe Services, Inc., shall produce all claims documents of the same type and nature as those documents attached to the *Affidavit of Oland Robinson, Jr.*, dated March 15, 2010 (Exh. A to Def. MTQ).  These documents include Notice of Loss forms, Bodily Injury Claim Forms, BI information sheets, correspondence to the claimant, and release

forms. Defendant may redact names, street numbers, and the last four digits of any telephone number from the forms before production. Defendant may also redact or withhold any information on the documents that it deems covered by the attorney work product privilege. The documents must be delivered to Plaintiff's counsel within fourteen calendar days from the date of this order, unless otherwise agreed by the parties.

2.   Defendant must compile a privilege log that identifies any information on the documents described in paragraph 1 of this order that has been redacted from a document or withheld on the basis of attorney work product privilege. The privilege log must be delivered to Plaintiff's counsel within fourteen calendar days from the date of this order, unless otherwise agreed by the parties.

3.   Pilot shall also produce its subpoenaed witnesses, including Mr. Robinson, for deposition within seven calendar days from the date it produces the documents described in paragraph 1 of this order, unless otherwise agreed by the parties.

4.   All relief not expressly awarded herein is denied.

**SO ORDERED** on this 16th day of April, 2010.

IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE

2